```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 36681
   GERALD A JIRACEK
   FRAN JIRACEK                              CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-6874      SSN XXX-XX-0038

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 09/12/2005 and was confirmed 10/27/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  12.33% from remaining funds.

     The case was paid in full 08/11/2008.
------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
NORDSTROM FSB             UNSECURED            143.46         .00            17.69
WORLD FINANCIAL NETWORK   UNSECURED            280.72         .00            34.61
CITIMORTGAGE INC          CURRENT MORTG           .00         .00              .00
MIDAMERICA BANK           CURRENT MORTG           .00         .00              .00
ROBERT J ADAMS & ASSOC    PRIORITY          NOT FILED         .00              .00
BANK OF AMERICA           UNSECURED          10660.54         .00          1314.21
CAPITAL ONE               UNSECURED          14269.33         .00          1759.10
CAPITAL ONE               UNSECURED            802.70         .00            98.96
CARSON PIRIE SCOTT        UNSECURED          NOT FILED         .00              .00
FIRST EXPRESS             UNSECURED            114.37         .00            14.10
ECAST SETTLEMENT CORP     UNSECURED           5633.78         .00           694.52
CHASE                     UNSECURED          NOT FILED         .00              .00
PORTFOLIO RECOVERY ASSOC  UNSECURED           7622.94         .00           939.75
PORTFOLIO RECOVERY ASSOC  UNSECURED          13622.40         .00          1679.35
DISCOVER FINANCIAL SERVI  UNSECURED           8794.08         .00          1084.12
DISCOVER FINANCIAL SERVI  UNSECURED           3701.47         .00           456.31
LANE BRYANT               UNSECURED          NOT FILED         .00              .00
ECAST SETTLEMENT CORP     UNSECURED           7824.04         .00           964.54
ECAST SETTLEMENT CORP     UNSECURED           7006.46         .00           863.75
ROBERT J ADAMS & ASSOC    REIMBURSEMENT        210.00         .00           210.00
ROBERT J ADAMS & ASSOC    DEBTOR ATTY        2,700.00                     2,700.00
TOM VAUGHN                TRUSTEE                                           849.00
DEBTOR REFUND             REFUND                                            352.99

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  14,033.00

PRIORITY                                       210.00
SECURED                                           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 36681 GERALD A JIRACEK & FRAN JIRACEK
```

```
UNSECURED                                              9,921.01
ADMINISTRATIVE                                         2,700.00
TRUSTEE COMPENSATION                                     849.00
DEBTOR REFUND                                            352.99
                              ---------------    ---------------
TOTALS                             14,033.00          14,033.00
```

　　Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


　　Dated: 11/20/08             /s/ Tom Vaughn
                                _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE